JS6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHUAI WANG,<br><br>Plaintiff,<br><br>v.<br><br>UR M. JADDOU, ET AL.,<br><br>Defendants. | No. 2:22-cv-7727-RGK-AGR<br><br>**[PROPOSED]**<br><br>**ORDER RE:**<br>**JOINT STIPULATION TO STAY THE**<br>**CASE PENDING ADJUDICATION OF**<br>**APPLICATION [10]**<br><br>Honorable R. Gary Klausner<br>United States District Judge |

///

///

///

1    Having read and considered the Joint Stipulation to Stay the Case Pending

2  Adjudication of Application submitted by the parties, and finding good cause therefor,

3    IT IS HEREBY ORDERED that the instant action shall be stayed until October 23

4  2023.

5    FURTHER, THE COURT HEREBY ORDERS this matter removed from the

6  Court's active caseload, pending the outcome of said proceedings and/or further order of

7  this Court.  Counsel are to properly motion this Court should they desire this matter

8  placed back on active status.

9

10  Dated: 12/28/2022    _____

11              HONORABLE R. GARY KLAUSNER
                UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1